■ In the Matter of MOLLY KRAFT, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and JULIUS SIEGEL, Intervenor-Respondent.— In a proceeding to review a determination of the State Rent Administrator fixing the maximum rent of the upper apartment of appellant's two-family house, the appeal is from an order of the Special Term denying the petition and dismissing the proceeding. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.